Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC CONTROLLERS
ASSOCIATION, AFL-CIO, et al

    Plaintiff

    vs.                        Civil No.   19-62   (RJL)

UNITED STATES OF AMERICA, et al    Category  D

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __1/11/2019__ from __Judge Christopher R. Cooper__ to __Judge Richard J. Leon__ by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Christopher R. Cooper    & Courtroom Deputy
       Judge Richard J. Leon    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee