**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION ("NATCA"), *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>           Defendants. | )<br>)<br>)<br>)   Civil Action No. 1:19-cv-00062-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs, the National Air Traffic Controllers Association, Amanda Fuchs, Kevin Bianchi, Jonathan Barnett, and John Garner, by and through the undersigned counsel, hereby voluntarily dismiss this lawsuit without prejudice.

Dated: February 15, 2019

Respectfully submitted,

  /s/ *Molly A. Elkin*
Gregory K. McGillivary
Molly A. Elkin
Sarah M. Block
John W. Stewart
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@wmlaborlaw.com
mae@wmlaborlaw.com
smb@wmlaborlaw.com
jws@wmlaborlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 15, 2019, a copy of the foregoing document was served on the following individuals by filing the document on the Court's CM/ECF system:

Adam Kirschner
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12024
Washington, DC 20530
Phone: (202) 353-9265
Fax: (202) 616-8460
adam.kirschner@usdoj.gov

*Attorney for Defendants*

Tracy A. Jenson
P.O. Box 35
Spirit Lake, ID 83869
Phone: (208) 623-2430
pilotdude2@hotmail.com

*Proposed Intervenor*

                                          /s/ *Molly A. Elkin*
Molly A. Elkin
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
mae@wmlaborlaw.com